## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

IN RE:                                          Case No:        6:19-bk-07074-LVV

NICHOLAS CLESTER

                                    Debtor  /          Chapter 13

### TRUSTEES CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (Document No. 22).   pursuant to the attached spreadsheet

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 9th day of October,  2020.

**Debtor** - Nicholas Clester , 958 Lake Lane, Longwood, FL  32750

**Debtor'sAttorney -** Lewis Matthew Roberts, Law Office Of Lewis Roberts, 631 Palm Springs Dr #114, Altamonte Springs, FL  32701

                                                  **/S/ LAURIE K. WEATHERFORD**

                                                  Chapter 13 Trustee
                                                  Stuart Ferderer
                                                  FL Bar No. 0746967
                                                  Ana DeVilliers
                                                  FL Bar No. 0123201
                                                  Attorney for Trustee
                                                  PO Box 3450
                                                  Winter Park, FL  32790
                                                  Telephone: 407-648-8841
                                                  Facsimile: 407-648-2665
                                                  E-mail: info@c13orl.com

| DUE DATE | | 19-7074 | | | CLESTER | | | | | | CLAIM 350 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28th | | 11/28/2019 | | | | 10.0% | | ATTY | | MONITORING | | H | |
| | | Unsecured | | | | Tee Fee | | FEES | | FEES | | | |
| | 60 | | | 60 | | | | | | | | | |
| 11/28/2019 | 1 | $0.00 | | | $2,450.00 | $245.00 | | | $851.26 | | | | |
| 12/28/2019 | 2 | $0.00 | | | $2,450.00 | $245.00 | | | $851.26 | | | | |
| 1/28/2020 | 3 | $0.00 | | | $2,450.00 | $245.00 | 3 | at | $851.26 | | | | |
| 2/28/2020 | 4 | $0.00 | 4 | at | $2,450.00 | $245.00 | 1 | at | $256.22 | | | | |
| 3/28/2020 | 5 | $0.00 | | | $2,309.25 | $230.93 | | | | 5 | at | | |
| 4/28/2020 | 6 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 5/28/2020 | 7 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 6/28/2020 | 8 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 7/28/2020 | 9 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 8/28/2020 | 10 | $0.00 | 6 | at | $2,309.25 | $230.93 | | | | 5 | at | $50.00 | 10 | at |
| 9/28/2020 | 11 | $0.01 | 1 | at | 1153.75 | $115.38 | | | | 1 | at | | 1 | at |
| 10/28/2020 | 12 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 11/28/2020 | 13 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 12/28/2020 | 14 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 1/28/2021 | 15 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 2/28/2021 | 16 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 3/28/2021 | 17 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 4/28/2021 | 18 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 5/28/2021 | 19 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 6/28/2021 | 20 | $0.00 | | | $2,410.00 | $241.00 | | | | | | $55.00 | |
| 7/28/2021 | 21 | $0.00 | | | $2,410.00 | $241.00 | | | | 10 | at | $55.00 | 10 | at |
| 8/28/2021 | 22 | $4.98 | | | $2,410.00 | $241.00 | | | | | | $50.00 | 1 | at |
| 9/28/2021 | 23 | $0.01 | 12 | at | $2,410.00 | $241.00 | | | | | | $50.00 | 1 | at |
| 10/28/2021 | 24 | $26.59 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 11/28/2021 | 25 | $26.59 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 12/28/2021 | 26 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 1/28/2022 | 27 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 2/28/2022 | 28 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 3/28/2022 | 29 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 4/28/2022 | 30 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 5/28/2022 | 31 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 6/28/2022 | 32 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 7/28/2022 | 33 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 8/28/2022 | 34 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 9/28/2022 | 35 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 10/28/2022 | 36 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 11/28/2022 | 37 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 12/28/2022 | 38 | $26.57 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 1/28/2023 | 39 | $0.01 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 2/28/2023 | 40 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 3/28/2023 | 41 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 4/28/2023 | 42 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 5/28/2023 | 43 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 6/28/2023 | 44 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 7/28/2023 | 45 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 8/28/2023 | 46 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 9/28/2023 | 47 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 10/28/2023 | 48 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 11/28/2023 | 49 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 12/28/2023 | 50 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 1/28/2024 | 51 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 2/28/2024 | 52 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 3/28/2024 | 53 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 4/28/2024 | 54 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |
| 5/28/2024 | 55 | $0.00 | | | $2,309.25 | $230.93 | | | | | | $50.00 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/28/2024 | **56** | $0.00 | | | $2,309.25 | $230.93 | | | | | $50.00 | | |
| 7/28/2024 | **57** | $0.00 | | | $2,309.25 | $230.93 | | | | | $50.00 | | |
| 8/28/2024 | **58** | $0.00 | | | $2,309.25 | $230.93 | | | | | $50.00 | | |
| 9/28/2024 | **59** | $0.00 | | | $2,309.25 | $230.93 | | | | | $50.00 | | |
| 10/28/2024 | **60** | $8.10 | **37** | **at** | **$2,309.25** | $230.93 | | | | | $50.00 | **37** | **at** |
| | | | | | | | | | | | | | |
| **LIQ 0** | | $411.86 | | | **$139,171.50** | **$13,917.15** | | | **$2,810.00** | | **$2,750.00** | | |
| **Tee Works** | | **$22,095.32** | | | | | | | ATTY | | **CLM 350** | | |
| **2% TO U/S** | | **2%** | | | **$22,500.00** | | | | $2,810.00 | | **2,750.00** | | |
| | | **$1,922.77** | | | **$2,309.25** | **SENDING** | | | | | | | |
| | | | | | **$24,809.25** | | | | | | | | |

| CLAIM 006 OMEBRIDGE | | | CLAIM 106 HOMEBRIDGE ARREARS | | | REGIONAL Dodge Ram | | | CLAIM 003 IRS | | | CLAIM 306 HOMEBRIDGE POST PET FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,353.74 | | | | 1 | at | surrendered | | | | | | |
| $1,353.74 | | | | | | | | | | | | |
| $1,353.74 | | | | | | | 3 | at | | | | |
| $1,353.74 | | | | | | | 1 | at | $595.04 | 4 | at | |
| $1,353.74 | 5 | at | | | | | 1 | at | $716.26 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $395.00 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $395.00 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $395.00 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $395.00 | | | $8.32 |
| $1,353.74 | 5 | at | $271.26 | | | | 5 | at | $395.00 | 6 | at | $8.32 |
| $1,038.37 | 1 | at | | | | | 1 | at | | 1 | at | |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.02 | | | $293.87 | | | | | | $431.10 | | | $9.01 |
| $1,380.04 | 11 | at | $293.87 | | | | 11 | at | $431.10 | 11 | at | $9.01 |
| $1,380.01 | 1 | at | $293.81 | | | | 1 | at | $436.12 | 1 | at | $9.05 |
| $1,353.74 | | | $271.26 | | | | | | $368.42 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | 2 | at | $368.42 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | | | $368.43 | | | $8.32 |
| $1,353.74 | | | $271.26 | | | | 12 | at | $368.43 | | | $8.32 |
| $1,353.74 | 15 | at | $271.26 | | | | 1 | at | $368.44 | | | $8.32 |
| $1,353.74 | 1 | at | $518.56 | | | | 1 | at | $147.70 | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |
| $1,353.74 | | | $666.26 | | | | | | | | | $8.32 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,353.74 | | | $666.26 | | | | | | | | $8.32 | | |
| $1,353.74 | | | $666.26 | | | | | | | | $8.32 | | |
| $1,353.74 | | | $666.26 | | | | | | | | $8.32 | | |
| $1,353.74 | **20** | **at** | $666.26 | | | | | | **36** | **at** | $8.32 | | |
| $1,353.74 | **1** | **at** | $259.09 | | | | | | **1** | **at** | $407.40 | | |
| | | | | | | | | | | | | | |
| **$81,224.40** | | | **$23,054.43** | | | $0.00 | | **$14,138.66** | | | $865.00 | | |
| **CLM 006** | | | **CLM 106** | | | | **12714.20 at 6.5%** | | | | **CLM 306** | | |
| **ONGOING** | | | **23054.43** | | | | | **CLM 003** | | | **865.00** | | |
| **81224.40** | | | | | | | | **14,138.66** | | | | | |
| | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**FINAL**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |



