UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

NICHOLAS CLESTER                                           CASE #:  19-bk-07074-LVV

                                                            Chapter 13

     Debtor(s)
_____/

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW, the Debtor, by and through the undersigned attorney, and hereby responds to the Trustee's Motion to Dismiss (Doc #33), and states as follows:

1. The Debtor has sent in enough to become current and the payments need to clear TFS

WHEREFORE, the Debtor prays this court to deny the Trustee's Motion to Dismiss, requests a hearing on the matter, and grant such other relief the Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served on the Chapter 13 Trustee, via U.S. Mail, or electronic delivery, on December 15, 2021 at:

Trustee:  Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790

*/s/ Lewis Roberts*
Lewis Roberts
FL Bar 0098190
Lewis Roberts, PA
15409 International Pkwy #2000
Lake Mary, FL 32746
407-749-0080
lewis@lrlawoffice.com